# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROGER T. KIDNEIGH, | Case No. 2:12-CV-02209-APG-CWH |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |
| TOURNAMENT ONE CORPORATION, | |
| Defendant. | |

Pursuant to this Court's Minute Order (Dkt. #22), the parties were directed to submit a status report by November 19, 2014. The parties have not done so. Given that the parties had agreed to arbitrate their dispute, it appears there is nothing left for this court to do regarding this lawsuit.

IT IS THEREFORE ORDERED that the parties shall file a status report on or before February 20, 2015. The report should explain why I should not dismiss this case. The failure to file the report likely will result in dismissal of the case without further notice.

DATED this 10th day of February, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE