UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROGER T. KIDNEIGH,<br><br>Plaintiff,<br><br>v.<br><br>TOURNAMENT ONE CORPORATION,<br><br>Defendant. | Case No. 2:12-CV-02209-APG-CWH<br><br>**ORDER** |

On February 19, 2015, I directed the parties to file a status report by June 1, 2015. (Dkt. #25.) The parties did not do so.

IT IS THEREFORE ORDERED that the parties shall file a joint status report on or before June 19, 2015. Failure to file the status report may result in economic or case-dispositive sanctions.

DATED this 8th day of June, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE