UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROGER T. KIDNEIGH, )<br>             )<br>       Plaintiff, )<br>             )<br>vs.            )<br>             )<br>TOURNAMENT ONE CORP., )<br>             )<br>       Defendant. )<br>_____) | Case No. 2:12-cv-02209-APG-CWH<br><br>**ORDER** |

   This matter is before the Court on Defendant's counsel's Motion to Withdraw as Attorney (doc. # 27), filed June 16, 2015.

   Defendant's counsel requests leave to withdraw as counsel of record because of failure to obtain payment for fees and costs, and an irreconcilable breakdown in the attorney-client relationship. Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." The instant motion indicates that notice was served on Defendant, with counsel turning over Defendant's case file to new counsel, pursuant to Defendant's request. Given such, this Court finds good cause for the withdrawal.

   Accordingly, **IT IS HEREBY ORDERED** that Defendant's counsel's Motion to Withdraw as Attorney (doc. # 27) is **granted**.

   **IT IS FURTHER ORDERED** that Defendant Tournament One Corporation shall have until **Thursday, June 25, 2015**, to advise the Court of the new counsel it has retained. This Court notes that Defendant Tournament One Corporation must retain new counsel if it intends to continue to litigate this matter, as a corporation may appear in federal court only through licensed counsel. See U.S. v. High Country Broad. Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of Court shall add the last known address of Defendant Tournament One Corporation to the civil docket and serve it with a copy of this order:

> Tournament One Corporation
> c/o Rick Perrone
> Chief Executive Officer
> 1200 High Ridge Road
> Stamford, CT 06905

**IT IS FURTHER ORDERED** that a status hearing is set for **Tuesday, July 14, 2015 at 2:30 p.m.** in LV Courtroom 3C. If notice of new counsel paperwork is filed prior to the hearing date, the hearing will be vacated.

Dated: June 17, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**