# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER T. KIDNEIGH,<br><br>                Plaintiff,<br><br>vs.<br><br>TOURNAMENT ONE CORP.,<br><br>                Defendant. | Case No. 2:12-cv-02209-APG-CWH<br><br>**ORDER** |

On July 23, 2015, the Court received a letter from Rick Perrone ("Perrone"), President of Defendant Tournament One Corporation ("defendant"). See Doc. # 33. In his letter, Perrone informs the Court that defendant cannot satisfy the show cause briefing deadline or appear at the show cause hearing, as set forth in this Court's order dated July 14, 2015. See Doc. # 32; Doc. # 33. Perrone explains that he was in an auto collision and is currently incapacitated due to severe injuries. See Doc. # 33-1 at 1. Perrone asks the Court to extend the briefing deadline and to reset the hearing to a different date. Id.

Although Perrone's request should have been styled as a motion, not a letter, pursuant to Federal Rule of Civil Procedure 7, this Court will consider the letter and grant Perrone's request on a limited basis in light of Perrone's circumstances.

Accordingly, **IT IS HEREBY ORDERED** that the show cause brief deadline shall be extended to **Tuesday, September 1, 2015**.

**IT IS FURTHER ORDERED** that the hearing date of August 10, 2015 is **vacated**.

//

**IT IS FURTHER ORDERED** that the show cause hearing will now be on **Thursday, September 10, 2015 at 9:00 a.m.**

Dated: July 28, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**